CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MCDERMOTT,<br><br>Defendant. | No. CR19-014-BAT<br><br>~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING |

THE COURT has considered the unopposed motion to continue Michael McDermott's sentencing hearing, from April 26 to May 3, 2019, and all the records and files in this case.

IT IS NOW ORDERED that the sentencing hearing for Mr. McDermott be continued to May 3, 2019.

DATED this 8th day of February 2019.

_____
BRIAN A. TSUCHIDA
CHIEF U.S. MAGISTRATE JUDGE

Presented by:

s/ *Christopher Sanders*
Assistant Federal Public Defender
Attorney for Michael McDermott

ORDER TO CONTINUE
SENTENCING HERAING
(*Michael McDermott*, CR19-014-BAT) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100